

NUMBER 13-16-00293-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

G. T. LEACH BUILDERS, L.L.C.-RESIDENTIAL,
G. T. LEACH CONSTRUCTION, L.P.,
AND GARY T. LEACH,                                              Appellants,

v.

SAPPHIRE CONDOMINIUMS ASSOCIATION, INC.,            Appellee.

**On appeal from the 138th District Court
of Cameron County, Texas.**

# ORDER

**Before Chief Justice Valdez and Justices Garza and Longoria
Order Per Curiam**

Appellants, G. T. Leach Builders, L.L.C.-Residential, G. T. Leach Construction,

L.P., and Gary T. Leach, have filed an unopposed motion for extension of time to file

brief.   The clerk's record was filed on June 14, 2016, a supplemental clerk's record was

filed June 15, 2016, and the reporter's record was filed on June 28, 2016.   Appellants'

motion states the clerk's record is incomplete because documents have been omitted. Appellants are requesting the time period for its briefing be reset to ten days from the date the supplemental record is filed.

On July 14, 2016, a second and third supplemental record containing the omitted documents were filed with this Court. Appellants' motion for extension of time to file the brief is hereby GRANTED, and the Honorable Charles Clayton Conrad, counsel for appellant, is hereby ORDERED to file the appellate brief with this Court on or before July 25, 2016.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
19th day of July, 2016.